UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60862-CIV-MIDDLEBROOKS/JOHNSON

LYNNE M. BALTHAZOR, on behalf
of herself and all others similarly situated,
    Plaintiff,

v.

SENTRY CREDIT, INC.,
    Defendant.
_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 12) ("Stipulation"), filed on August 4, 2011. The Stipulation states that the parties have resolved all matters in controversy, and have stipulated to dismissal with prejudice of Plaintiff's individual claims, and without prejudice as to any putative claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a case may be dismissed by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Additionally, the Rule states that the dismissal is without prejudice unless the stipulation states otherwise. FED. R. CIV. P. 41(a)(1)(B). I commend the parties for an amicable resolution of this matter and, as the Stipulation is signed by both parties and clearly indicates that the dismissal is to be with prejudice as to Plaintiff's individual claims, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. This dismissal has no bearing on the claim of any putative class member, as no motion for class certification was filed, and thus no class was certified. All pending motions are **DENIED AS MOOT**. The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _10_ day of August, 2011.

                                                    DONALD M. MIDDLEBROOKS
                                                    UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record